**Entered on Docket
December 16, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JPMorgan Chase
Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust
2005-3, Mortgage Pass-Through Certificates, Series 2005-3
09-77368

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-29426-lbr |
| John A. Woloszyn and Debra Crane | Date:  11/23/2009<br>Time: 10:30 am |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor The Bank of New York Mellon, fka The Bank of New York as Successor in interest

to JPMorgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear

Stearns ALT-A Trust 2005-3, Mortgage Pass-Through Certificates, Series 2005-3, its assignees and/or

successors in interest, of the subject property, generally described as 7409 Stormson Dr, Las Vegas, NV

89145, and legally described as follows:

Lot 5 in Block 5 Charleston Rainbow Unit No. 14-C, as shown by map thereof on file in Book 19 of Plats, Page 42 in the Office of the County Recorder of Clark County, Nevada.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

2      **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

3      **give Debtors at least five business days' notice of the time, place and date of sale.**

4                          DATED this _____ day of _____, 2009

5      Submitted by:

6      **WILDE & ASSOCIATES**

7      By:___/s/Gregory L. Wilde, Esq____
       **Gregory L. Wilde, Esq.**
8      Attorney for Secured Creditor
       208 South Jones Boulevard
9      Las Vegas, Nevada 89107

10     APPROVED / DISAPPROVED

11
       By:_____
12     Ellen Stoebling
       3085 E. Russell Road, Suite G
13     Las Vegas, NV 89120
       Attorney for Debtor(s)
14
15     Nevada Bar No:_____

16
       APPROVED / DISAPPROVED
17
       By:_____
18     James F. Lisowski, Sr.
       P.O Box 95695
19     Las Vegas, NV  89193
       Chapter 7 Trustee
20

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x_   failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x_   failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor